# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DENNIS VAN DYKE, Prophet Pastor Pro Se Writer Attorney at Law Saint, | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) | 1:14-cv-00304-MOC |
| vs. | ) ) ) | |
| FRANK D. WHITNEY, Judge; LOUISE FLANAGAN, Judge; JULIE A. RICHARDS, Clerk, | ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 22, 2014 Order.

December 22, 2014

Frank G. Johns, Clerk
United States District Court